**Electronically Filed
Supreme Court
SCWC-15-0000450
03-JAN-2017
08:29 AM**

SCWC-15-0000450

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

LANAKILA NILES,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000450; CASE NO. 1DTA-14-05558)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Lanakila Niles's

application for writ of certiorari filed on November 18, 2016, is

hereby rejected.

DATED:  Honolulu, Hawai'i, January 3, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

